UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 09-1309 JVS (MLGx)                    Date  November 24, 2009

Title  Muriset v. Bayer Corporation

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:
          Not Present                                  Not Present

**Proceedings:**   (In Chambers)  Order to Show Cause

in the:   The Court has made a preliminary review of the jurisdictional allegations

  _X_  Complaint, filed November 6, 2009

       ___ Notice of Removal ("Notice") filed

by Meghan Muriset.

       The initial pleading purports to invoke jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Complaint, ¶ 37.)  Jurisdiction on this basis requires complete diversity.

       The following party to the action is alleged to be a limited liability company ("LLC"):

       Bayer Healthcare LLC

       For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 09-1309 JVS (MLGx)                         Date  November 24, 2009

Title  Muriset v. Bayer Corporation

and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

      Notwithstanding the stay which the Court has entered, the plaintiff is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

                :  00

Initials of Preparer  kjt